# United States District Court
# Central District of California

| | |
|---|---|
| DANIEL E. VARGAS, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants, | Case No. 5:14-cv-00859-ODW(JCGx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

　　　　In light of the Notice of Settlement filed on October 20, 2014 (ECF No. 44), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, December 8, 2014**, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal in compliance with the Federal Rules of Civil Procedure. All dates in this action are **VACATED** and taken off calendar.

　　　　**IT IS SO ORDERED.**

October 23, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**